IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA INVESTMENT PROPERTIES, II LP<br><br>Plaintiff,<br><br>v.<br><br>TRUIST BANK in its own right and as successor to BRANCH BANKING AND TRUST COMPANY (BB&T),<br><br>Defendant. | No. 4:22-CV-00555<br><br>(Chief Judge Brann) |

## ORDER

### DECEMBER 1, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Truist Bank's Motion to Dismiss (Doc. 9) is **DENIED**.

2. Truist is directed to file an answer to Plaintiff Pennsylvania Investment Properties, II LP's Complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge