IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA INVESTMENT PROPERTIES, II LP, | No. 4:22-CV-00555 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TRUIST BANK in its own right and as successor to BRANCH BANKING AND TRUST COMPANY (BB&T), | |
| Defendant. | |

# ORDER

**APRIL 4, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Pennsylvania Investment Properties, II LP's Partial Motion for Summary Judgment (Doc. 39) is **DENIED**;

2. Defendant Truist Bank's Motion for Summary Judgment (Doc. 36) is **GRANTED IN PART**:

   a. Plaintiff Pennsylvania Investment Properties, II LP's claim for damages is limited to nominal damages;

   b. Defendant Truist Bank's Motion for Summary Judgment (Doc. 36) is **OTHERWISE DENIED**; and

3. A telephonic status conference with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge