# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PENNSYLVANIA INVESTMENT PROPERTIES, II LP, | No. 4:22-CV-00555 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TRUIST BANK IN ITS OWN RIGHT AND AS SUCCESSOR TO BRANCH BANKING AND TRUST COMPANY (BB&T), | |
| Defendant. | |

## ORDER

### DECEMBER 31, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Summary Judgment is **GRANTED** on the issue of liability in favor of Truist Bank;

2. Final Judgment is entered in favor of Truist Bank and against Pennsylvania Investment Properties, II LP; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge